NO JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FINBAR SECURIITIES CORP., and ROBERT TRINGHAM,<br><br>　　　　Defendants. | Case No. CV 09-2325 ODW (VBKx)<br><br>**FINAL JUDGMENT OF MONETARY RELIEF AGAINST DEFENDANT FINBAR SECURITIES CORP.** |

　　The Securities and Exchange Commission ("Commission") having filed a Complaint and Defendant Finbar Securities Corp. ("Finbar") having entered a general appearance; consented to the Court's jurisdiction over Finbar and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Judgment:

**I.**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT Finbar is liable for disgorgement of $9,492,744.95, together with prejudgment interest thereon in the amount of $2,853,986.55, for a total judgment of $12,346,731.50, to be paid within ten days of the filing of the Receiver's final accounting in this action. Pursuant to one or more plans of distribution submitted or to be submitted by Robb Evans & Associates, LLC, the Court-appointed Permanent Receiver of Finbar ("Receiver"), served on the Commission and approved by the Court, Finbar shall disgorge all of the funds and assets of Finbar's receivership estate(s), less Court-approved fees and expenses of the Receiver. After conclusion of the final distribution by the Receiver, any remaining disgorgement amounts shall be paid to the Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312. The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury. As to Finbar, and no other party, liability under this judgment shall be deemed satisfied in full upon the completion of the aforesaid final distribution and the filing with this Court of a final accounting by the Receiver, and any remaining unsatisfied portion of the judgment shall be waived.

**II.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Finbar shall comply with all of the undertakings and agreements set forth therein.

**III.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

///

**IV.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all other Orders of this Court shall remain in full force and effect.

IT IS SO ORDERED.

DATED:   June 28, 2010   _____
Honorable Otis D. Wright II
UNITED STATES DISTRICT JUDGE