John W. Sullivan SBN 204648
10859 Kling Street
North Hollywood California 91602
(818)769-7236 Fax Number (818)763-8860
Attorney for Jeri Tulipan Third Party Filer johnwsul@netzero.net

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Security Exchange Commission | Case No: 09-2325-ODW-VBK |
| | Declaration of John Sullivan in Support of |
| Plaintiff | Interested Party Jeri Tulipan's Notice of |
| | Motion and Motion to Obtain Leave to |
| v. | Prosecute Suit Against Robert Tringham, |
| | Finbar Securities Corp. and Related Entities |
| Finbar Securities Corp. et al. | |
| | Date: August 30, 2010 |
| Defendants. | Time: 9:30 a.m. |
| | Courtroom 11 |

I, John Sullivan, hereby depose and declare as follows:

1. I am over the age of 18.
2. This declaration is based on personal knowledge and is in support a motion for leave to prosecute the action Jeri Tulipan v. Robert Tringham, et al. 10-2083-CAS-AJW.
3. If called as a witness I would testify to the following.
4. I am counsel for Jeri Tulipan.
5. Jeri Tulipan ("Tulipan") initiated a lawsuit against Robert Tringham, Finbar Securities Corp. and related entities on March 23, 2010, Jeri Tulipan v. Robert Tringham, et al. 10-2083-CAS-AJW.

1

6. The complaint alleges at least $1,000,000 in damages in relation to Robert Tringham, Finbar Securities Corp. and related entities intentional misrepresentation, breach of contract and unjust enrichment for using Tulipan's $1,000,000 life savings for personal and corporate expenses of Defendants as opposed to investing Tulipan's funds as promised.

7. At the time of filing, I was aware of this action and that a preliminary injunction was in place in relation to it.

8. I was not aware that Jeri Tulipan (and others) was enjoined from instituting or continuing litigation against Robert Tringham and Finbar Securities Corp without this court's approval.

9. Prior to learning of the enjoining of litigation without leave, Jeri Tulipan requested that the court in the 10-2083 action issue an order for permission to serve Robert Tringham, Finbar Securities and related companies in federal prison.

10. The court subsequently granted the request.

11. When I was contacted by Plaintiff Security Exchange Commission and made aware of the injunction I stopped all activities related to Tulipan's action.

12. I have spoken to Plaintiff's counsel about obtaining documentation in Plaintiff's possession relating to where Jeri Tulipan's funds might have gone and to who participated in the transfer of the funds.

13. Plaintiff has not been willing to share any information with me on a voluntary basis.

I declare under penalty of perjury under the laws of the state of California and the United States of America that the foregoing is true and correct.

Executed on July 21____, at North Hollywood, California

_____/s/_____John Sullivan_____
John Sullivan